EASTERN DIST.
*January,* 1840.

ALLAIN & TREMOULET *vs.* TRUXILLO.

ALLAIN & TRE-
MOULET
*vs.*
TRUXILLO.

APPEAL FROM THE COURT OF THE SECOND DISTRICT, FOR THE PARISH OF
ASSUMPTION, THE JUDGE THEREOF PRESIDING.

Where separate answers of the members of a firm are required to interro-
gatories, each member is bound to answer separately, when notified;
but the party needing them must allow time and procure them.

This is an action on a promissory note, in which the
defendant had judgment on an exception, and the plaintiffs
appealed. The case is, in all respects, similar to the prece-
ding one, and so decided accordingly.

*Winchester,* for plaintiff.

*Ilsley* and *Nicholls,* contra.

*Morphy, J.,* delivered the opinion of the court.

This case, similar in all its features to the one this day
decided between the same parties, presents the same point,
and must be governed by the same principles and reasoning.

It is, therefore, ordered, adjudged and decreed, that the
judgment of the District Court be annulled, avoided and
reversed; and this court now proceeding to give such judg-
ment as in their opinion should have been rendered below,
do order, adjudge and decree, that the plaintiffs do recover of
the defendant four thousand eight hundred and sixty dollars
and eighty-eight cents, with interest thereon, at the rate of
ten per cent. per annum, from the 18th of July, 1838, until
paid, and that the defendant and appellee do pay costs in
both courts.